Order affirmed. **No opinion.** Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM GROPPER, Principal, MARYLAND CASUALTY COMPANY, Surety, Appellant. (Action No. 2.) — Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARIA TERESA BACO, Respondent, v. LAURA BRYAN DE HEIDEMANN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

ATLAN SOAP WORKS, INC., Respondent, v. MAX KATZENSTEIN and Others, Impleaded with CARLYLE GARRISON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Dimmerling* v. *Andrews* (236 N. Y. 43). Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

SHIRLEY COSTUME Co., INC., Respondent, v. IVENS SCHERR and Another, Individually and as Copartners, etc., Appellants.— Orders affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

WILLIAMS STEAMSHIP COMPANY, INC., Respondent, v. RUBY STEAMSHIP CORPORATION, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THE INTERNATIONAL HANDKERCHIEF MANUFACTURING COMPANY, Appellant, v. SILBERSTEIN, ROSEN & SONS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HARRY W. BENNETT, Appellant, v. WILLIAM FARSON and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

HARRY W. BENNETT, Appellant, v. WILLIAM FARSON and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

SAMUEL KRIDEL and Others, Respondents, v. TRAVELERS LEATHER GOODS Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THOMAS FITZPATRICK, Respondent, v. HENRY H. ROGERS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

PROSPECT PRESS, Appellant, v. RUMSON REALTY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

SQUIRE MANUFACTURING CORPORATION, Appellant, v. SQUIRE BROILET DISTRIBUTORS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.